IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00807-DDD-MDB

MICHAEL DRUMRIGHT,

    Plaintiff,

v.

SECURA SUPREME INSURANCE COMPANY and SECURA INSURANCE COMPANY,

    Defendants.

## NOTICE OF SETTLEMENT

Undersigned counsel hereby informs the Court that all claims by and between the parties have been settled. It is anticipated that dismissal pleadings will be filed within 45 days.

DATED this 30th day of September, 2022.

    Respectfully submitted,

    By:    *s/ Elaine K. Stafford*
           L. Kathleen Chaney
           Elaine K. Stafford

           **LAMBDIN & CHANEY, LLP**
           4949 S. Syracuse Street, Suite 600
           Denver, Colorado 80237
           Telephone: (303) 799-8889
           Facsimile: (303) 799-3700
           E-mail: kchaney@lclaw.net; estafford@lclaw.net
           *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of September, 2022, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jimmy Vigil, Esq.
Kimberly Alford Harter, Esq.
5388 W. 25th Street
Edgewater, CO  80214
jvigil@vandalaw.com; kharter@vandalaw.com

      By:    *s/ Elaine K. Stafford*
            L. Kathleen Chaney
            Elaine K. Stafford

            **LAMBDIN & CHANEY, LLP**
            4949 S. Syracuse Street, Suite 600
            Denver, Colorado 80237
            Telephone: (303) 799-8889
            Facsimile:  (303) 799-3700
            E-mail: kchaney@lclaw.net; estafford@lclaw.net
            *Attorneys for Defendants*